# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**CAREERSTAFF UNLIMITED, LLC**,

    Plaintiff,

v.                                    CASE NO:

**NEW PORT RICHEY OPCO, LLC d/b/a
NURSING AND REHABILITATION
CENTER OF NEW PORT RICHEY**,

    Defendant.

_____/

## COMPLAINT

Plaintiff, CAREERSTAFF UNLIMITED, LLC ("CareerStaff"), by and through the undersigned counsel, hereby files this Complaint against Defendant, NEW PORT RICHEY OPCO, LLC d/b/a NURSING AND REHABILITATION CENTER OF NEW PORT RICHEY ("New Port Richey OPCO"), and states as follows:

### PARTIES, JURISDICTION, AND VENUE

1. CareerStaff is a Delaware Limited Liability Company with its principal place of business in Irving, Dallas County, Texas. Its Managing Member is domiciled in Pennsylvania.

2. New Port Richey OPOC is a Delaware Limited Liability Company with its principal place of business in New Port Richey, Pasco County, Florida. All Managing Members of New Port Richey OPOC are domiciled in Florida.

3. This court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because complete diversity of citizenship exists between the parties and because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4. Venue is proper in this Court as the cause of action accrued in Pasco County, Florida and Defendant New Port Richey OPOC regularly conducts business or activity in Pasco County, Florida, has significant contacts with Pasco County, Florida and, upon information and belief, maintains a principal place of business in Pasco County, Florida.

5. The amount in controversy in this action exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest, costs, and attorney's fees as more fully set forth herein.

## COUNT I – BREACH OF CONTRACT

6. CareerStaff incorporates by reference the averments of Paragraphs 1 through 5 above as though the same were fully set forth herein.

7. On or about March 21, 2022, New Port Richey OPCO, which sought staffing services and qualified professional healthcare personnel ("Personnel") from CareerStaff, entered into a Staffing Services Agreement (the "Agreement"), the terms of which are set forth in the Agreement. A copy of the Agreement is attached hereto as **Exhibit "A."**

8. The Agreement is a valid and binding contract between CareerStaff and New Port Richey OPCO.

9. Pursuant to the terms of the Agreement, CareerStaff provided New Port Richey OPCO certain staffing services and Personnel to New Port Richey OPCP's facility, namely Nursing and Rehabilitation Center of New Port Richey (hereinafter collectively referred to as the "Facility").

10. New Port Richey OPCO received and accepted said staffing services and Personnel for service at the Facility.

11. New Port Richey OPCO agreed to pay CareerStaff for charges and Personnel provided to New Port Richey OPCO by CareerStaff pursuant to the terms of the Agreement.

12. The unpaid balance on New Port Richey OPCP's account is $320,220.60.

13. The Agreement also provides for late charges at the rate of 1.5% per month on the unpaid balance. *See* **Exhibit "A"** at Section VI(B).

14. As of February 16, 2023, the late charges on the unpaid balance total approximately $24,759.95.

15. As of February 16, 2023, the total outstanding balance on New Port Richey OPCO's account with CareerStaff is $344,980.55.

16. Late charges continue to accrue.

17. Additionally, the Agreement requires New Port Richey OPCO to pay CareerStaff's reasonable attorneys' fees in the event of litigation caused by New Port Richey's OPCO's breach of the Agreement. *See* **Exhibit "A"** at VI(B).

18. CareerStaff conferred with New Port Richey OPCO numerous times regarding amounts New Port Richey OPCO owes to CareerStaff and made repeated demands for payment.

19. Notwithstanding CareerStaff's repeated requests and demands for payment, New Port Richey OPCO has failed to pay the aforesaid balance and late charges in breach of the parties' Agreement and has thereby caused CareerStaff to incur substantial damages.

20. All conditions precedent New Port Richey OPCO's payment obligation(s) have occurred.

WHEREFORE, CareerStaff demands judgment against New Port Richey OPCO in the amount of $344,980.55 with continuing late charges thereon as set forth above. CareerStaff also demands that its attorneys' fees and costs be paid by New Port Richey OPCO.

## COUNT II – UNJUST ENRICHMENT

21. CareerStaff hereby incorporates Paragraphs 1 through 20 above as though the same were set forth herein.

22. As set forth above, CareerStaff avers that the failure of New Port Richey OPCO to pay CareerStaff constitutes a material breach of the Agreement.

23. In the alternative to a breach of the Agreement, CareerStaff avers that it provided staffing services and qualified professional healthcare Personnel to New Port Richey OPCO and New Port Richey OPCO retained the benefit of such Personnel and services without paying CareerStaff for same.

24. New Port Richey OPCO knew that CareerStaff expected to be paid for its staffing services.

25. It would be inequitable for New Port Richey OPCO to retain the benefit of CareerStaff's services without adequately compensating CareerStaff for same.

WHEREFORE, CareerStaff demands judgment against New Port Richey OPCO in the amount of $344,980.55 with continuing late charges thereon as set forth above. CareerStaff also demands that its attorneys' fees and costs be paid by New Port Richey OPCO, together with costs, interest, and such other relief as this Court deems appropriate.

*SPACE INTENTIONALLY LEFT BLANK*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document will be served on the above-named Defendant along with the Summons in this action.

Respectfully submitted on February 17, 2023.

**GORDON REES SCULLY MANSUKHANI**

*s/ Lara E. Breslow*
Kristina L. Marsh, Esquire
Florida Bar No.: 0311080
Lara E. Breslow, Esquire
Florida Bar No.: 0127170
Elizabeth E. Shuman
Florida Bar No.: 01011587
Primary: kmarsh@grsm.com
Primary: lbreslow@grsm.com
Primary: eshuman@grsm.com
Secondary: jsimpson@grsm.com
Tertiary: TampaPleadings@grsm.com
100 S. Ashley Drive, Suite 1290
Tampa, Florida 33602
Telephone (Main): 813-444-9700
Facsimile: 813-377-3505
*Counsel for Plaintiff, CareerStaff Unlimited, LLC*